| | |
|---|---|
| 1 | ERIC J. GERMAN (SBN 224557) |
| | ejg@msk.com |
| 2 | ALEXA L. LEWIS (SBN 235867) |
| | all@msk.com |
| 3 | MITCHELL SILBERBERG & KNUPP LLP |
| | 11377 West Olympic Boulevard |
| 4 | Los Angeles, California 90064-1683 |
| | Telephone: (310) 312-2000 |
| 5 | Facsimile: (310) 312-3100 |
| 6 | Attorneys for Plaintiff |

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEADBLADE, INC., a California corporation, | CASE NO. EDCV 10-0192 VAP (Opx) |
| Plaintiff, | The Honorable Virginia A. Phillips |
| v. | **ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| KEVEN JOSLIN, an individual, and DOES 1 through 10 inclusive. | |
| Defendants. | |

1 |     Based on Plaintiff HeadBlade, Inc.'s Notice of Voluntary Dismissal, which
2 | was filed on April 6, 2010, the Court hereby dismisses the above-captioned action
3 | without prejudice.
4 |     IT IS SO ORDERED.

Dated: April 08, 2010

*(signature: Virginia A. Phillips)*

The Honorable Virginia A. Phillips
United States District Judge

1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

    On April 6, 2010, I served a copy of the foregoing document(s) described as **[PROPOSED] ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** on the interested parties in this action at their last known address as set forth below by taking the action described below:

Keven Joslin                                          Defendant *In Pro Per*
1110 Philadelphia Street E., # 8112
Ontario, CA 91761

- ☒ **BY MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

- ☐ **BY OVERNIGHT MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) designated by the carrier, with delivery fees provided for, and addressed as set forth above, and deposited the above-described document(s) with _____ in the ordinary course of business, by depositing the document(s) in a facility regularly maintained by the carrier or delivering the document(s) to an authorized driver for the carrier.

- ☐ **BY PERSONAL DELIVERY:** I placed the above-mentioned document(s) in sealed envelope(s), and caused personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth above.

- ☐ **BY ELECTRONIC MAIL:** I served the above-mentioned document electronically at __:__ __.m. on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

- ☐ **BY FAX:** On _____, at _____ am/pm, from facsimile number (310) _____, before placing the above-described document(s) in sealed envelope(s) addressed as set forth above, I sent a copy of the above-described document(s) to each of the individuals set forth above at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and a copy of that report is attached hereto.

2

1    I declare under penalty of perjury under the laws of the United States that the above is true and correct.

2    Executed on April 6, 2010, at Los Angeles, California.

                                    /s/ Kimberly Stewart
                                    Kimberly Stewart